**JOEL D. LEIDNER**
*Attorney at Law*
LEIDNER & LEIDNER, A.P.C.
2000 Riverside Drive
Los Angeles, CA 90029
Bar #: 52559
Telephone: (323) 664-5670
Fax: (323) 662-2266
E:mail: joel.leidner@igc.org

Attorney for Plaintiff
SHERYL MARIE WILGUS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL MARIE WILGUS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>NANCY A. BERRYHILL, Acting Commissioner of Social, Security,<br><br>　　　　Defendant. | Case No : CV 16-6139 SS<br><br>ORDER<br>EAJA PETITION<br>(28 U.S.C. §2412) |

Based upon the parties' stipulation for Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel as Plaintiff's assignee, should be awarded attorney fees under the EAJA in the amount of five thousand five hundred dollars and zero cents ($5,500.00) as authorized by 28 USC

/ / /

/ / /

/ / /

1

§§1920 AND 2412(d) of the above-reference Stipulation.

**IT IS SO ORDERED.**

Dated: 8/29/17 _____/S/_____
SUZANNE H. SEGAL
United States Magistrate Judge